STATE of ARIZONA; J. Fife Symington, III, Governor; Eugene R. Moore, Director of Arizona Department of Youth Rehabilitation; Samuel A. Lewis, Director, Arizona Department of Corrections, Plaintiffs–Appellants,

v.

UNITED STATES of America; Janet Reno, Attorney General; Doris Meissner, Commissioner, Immigration and Naturalization Service; Alice Rivlin, Acting Director of Office of Management and Budget, Defendants–Appellees.

No. 95–15980.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 12, 1996.

Decided Jan. 7, 1997.

Thomas J. Dennis, Assistant Attorney General, James R. Morrow, Assistant Attor-

ney General, Phoenix, AZ, for plaintiffs-appellants.

Mark B. Stern, Ellen D. Katz, United States Department of Justice, Washington, DC, for defendants-appellees.

Before: REINHARDT and HALL, Circuit Judges, and MERHIGE, Senior District Judge.*

MERHIGE, Senior District Judge.

For the reasons set forth in *California v. United States,* No. 95–55490, 104 F.3d 1086 (9 Cir.1997) decided this day, the judgment of the district court is AFFIRMED.